1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

WILLIE C. DAVIS,

11

Plaintiff,

12

v.

13

WASHINGTON STATE DEPARTMENT
OF CORRECTIONS and "JOHN DOE"

14

CORRECTIONAL OFFICER,

15

Defendants.

CASE NO. C16-5146 RBL-JRC

ORDER TO PROVIDE NAME AND
ADDRESS OF JOHN DOE
DEFENDANT

16        This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate

17    Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Rules MJR 1,

18    MJR 3, and MJR 4.

19        Plaintiff, WILLIE C. DAVIS, proceeding *pro se* and *in forma pauperis*, filed this civil

20    rights complaint under 42 U.S.C. § 1983. Plaintiff has named a "John Doe" defendant, but has

21    not provided the Court with the name or address of "John Doe" defendant.

22        While the Court has the duty to serve the summons and complaint, *see* 28 U.S.C. §

23    1915(d), an IFP plaintiff still bears the burden of providing accurate and sufficient information to

24

1    effect service. *See Walker v. Sumner*, 14 F.3d 1415 (9th Cir. 1994); *see also* Fed. R. Civ. P. 4.

2    When an IFP plaintiff fails to provide the Court with accurate and sufficient information to effect

3    service of the summons and complaint, it is appropriate for the Court to *sua sponte* dismiss the

4    unserved defendant. *Walker*, 14 F.3d at 1421-22 (quoting *Puett v. Blanford*, 912 F.2d 270, 275

5    (9th Cir. 1990), *abrogated on other grounds by Sandin v. Connor*, 515 U.S. 472 (1995)).

6           Plaintiff is directed to provide the name and address of defendant "John Doe" by no later

7    than October 14, 2016.

8           If plaintiff is unable to provide the Court with the name and address of defendant "John

9    Doe" by October 14, 2016, the Court likely will recommend dismissal of defendant "John Doe"

10   from this case without prejudice.

11          Dated this 29th day of July, 2016.

12

13   _____
     J. Richard Creatura
14   United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

ORDER TO PROVIDE NAME AND ADDRESS OF
JOHN DOE DEFENDANT - 2