UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIE C DAVIS,

            Plaintiff,

   v.

PETER GREEN, JAMES HARVEY, ERIC SMITH,

            Defendants.

CASE NO. 3:16-CV-05146-RBL-JRC

REPORT AND RECOMMENDATION

NOTED FOR: NOVEMBER 18, 2016

      The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

      Defendant DOC filed the pending motion for summary judgment, asserting that plaintiff's complaint failed as a matter of law because plaintiff failed to name a viable defendant. Dkt. 11. After the motion for summary judgment was filed, plaintiff filed a motion to amend his complaint. Dkt. 19. In a separate order, the Court granted plaintiff leave to file an amended complaint. *See* Dkts. 20, 21.

An amended complaint supersedes the original complaint. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). The original complaint is "treated thereafter as non-existent." *Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967) *overruled on other grounds by Lacey v. Maricopa County*, 693 F.3d 896 (9th Cir. 2012). Defendant DOC's motion for summary judgment attacks the original complaint, which is "non-existent" because plaintiff has filed an amended complaint. *See* Dkts. 20, 21. Moreover, defendant DOC is no longer a named defendant in plaintiff's First Amended Complaint. *See* Dkt. 21. Accordingly, the undersigned recommends that defendant DOC's motion for summary judgment (Dkt. 11) be denied as moot.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **November 18, 2016** as noted in the caption.

Dated this 24th day of October, 2016.

J. Richard Creatura
United States Magistrate Judge