UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIE C. DAVIS,<br><br>    Plaintiff,<br><br>  v.<br><br>PETER GREEN, JAMES HARVEY, ERIC SMITH,<br><br>    Defendants. | CASE NO. 16-cv-05146 RBL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation (Dkt. 22).

(2) That defendant DOC's motion for summary judgment (Dkt. 11) is denied as moot.

**DATED** this 21st day of November, 2016.

             */s/ Ronald B. Leighton*
             Ronald B. Leighton
             United States District Judge

ORDER - 1