UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIE C DAVIS,

          Plaintiff,

    v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,

          Defendants.

CASE NO. 3:16-CV-05146-RBL-JRC

ORDER ON MOTION TO AMEND

Plaintiff, proceeding *in forma pauperis*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. Presently before the Court are two motions to amend filed by plaintiff. Dkt. 31 ("first motion to amend"), Dkt. 32 ("second motion to amend"). The two motions are identical. Defendants have not filed an opposition to either motion. The Court grants plaintiff's first motion to amend (Dkt. 31), and denies the second motion to amend (Dkt. 32) as duplicative.

DISCUSSION

Under Rule 15(a) of the Federal Rules of Civil Procedure,

> (1) **Amending as a Matter of Course**
> A party may amend its pleading once as a matter of course within:
> (A) 21 days after serving it, or
> (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after

ORDER - 1

service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

(2) *Other Amendments*

In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires

Having reviewed plaintiff's first motion to amend, with no opposition from defendants, the Court grants the first motion to amend (Dkt. 31). The Court denies plaintiff's second motion to amend (Dkt. 32) as duplicative.

The Clerk is directed to docket plaintiff's proposed second amended complaint (Dkt. 31-2) as the second amended complaint.

Dated this 10th day of March, 2017.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2