UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIE C. DAVIS,<br><br>     Plaintiff,<br><br>  v.<br><br>PETER GREEN, et al.,<br><br>     Defendants. | CASE NO. 3:16-cv-05146-RBL<br><br>ORDER |

  The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

  (1)  The Court adopts the Report and Recommendation.

  (2)  Defendants' motion for summary judgment (Dkt. 41) is granted.

  (3)  Plaintiff's action is dismissed with prejudice.

  **DATED** this 12th day of March, 2018.

Ronald B. Leighton
United States District Judge